UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:18 CR 752 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW A. MAKUCH, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On September 16, 2021, the above-captioned case was referred to Magistrate Judge David A. Ruiz to conduct the appropriate proceedings, except for sentencing, and to prepare a Report and Recommendation regarding the violation report submitted to the court.

On that same date, the Defendant, represented by Assistant Federal Defender Edward Bryan, appeared before Magistrate Judge Ruiz for a violation hearing. The Defendant admitted to violations 1,2, and 3 contained in the report dated August 30, 2021. Magistrate Judge Ruiz issued a Report and Recommendation to this court finding that the Defendant has violated the terms and conditions of his Supervised Release. Defendant was ordered released under the current conditions of his supervision pending sentencing before Judge Oliver.

The court held a sentencing hearing on October 1, 2021, has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. The Defendant has admitted to

the violations as charged in the August 30, 2021 violation report. As a result, the court finds that the Defendant has violated the terms of his Supervised Release.

The court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record and hereby adopts the Magistrate's Report and Recommendation (ECF No. 29.) Based on this court's review of all relevant factors, the court hereby orders that the Defendant's supervised release continue, with the same terms and conditions as previously imposed as the court has been advised Defendant has re-engaged and has been compliant with the terms of his supervision since his Initial Appearance hearing. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

                                                       /s/*SOLOMON OLIVER, JR.*
                                                       UNITED STATES DISTRICT JUDGE

October 5, 2021